CLOSED, MDL, PATENT, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00415-***-MPT
### Internal Use Only

*Own No. CA07-2086 RMC*

Papst Licensing GmbH & Co. KG v. Olympus Corporation et al
Assigned to: Vacant Judgeship
Referred to: Honorable Mary Pat Thynge
Cause: 28:1338 Patent Infringement

Date Filed: 06/28/2007
Date Terminated: 12/06/2007
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

## Plaintiff

**Papst Licensing GmbH & Co. KG**  represented by  **Steven J. Balick**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: sbalick@ashby-geddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John G. Day**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: jday@ashby-geddes.com
*ATTORNEY TO BE NOTICED*

**Lauren E. Maguire**
Ashby & Geddes
500 Delaware Avenue, 8th Floor

|  |  |  |
|---|---|---|
|  |  | P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>Email: lmaguire@ashby-geddes.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| **Olympus Corporation** | represented by | **Richard L. Horwitz**<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: rhorwitz@potteranderson.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kenneth Laurence Dorsney**<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>302-984-6087<br>Email: kdorsney@potteranderson.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| | | |
|---|---|---|
| **Olympus Imaging America Inc.** | represented by | **Richard L. Horwitz** (See above for address) *LEAD ATTORNEY ATTORNEY TO BE NOTICED* |
| | | **Kenneth Laurence Dorsney** (See above for address) *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Olympus Corporation** | represented by | **Richard L. Horwitz** (See above for address) *LEAD ATTORNEY ATTORNEY TO BE NOTICED* |
| | | **Kenneth Laurence Dorsney** (See above for address) *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Olympus Imaging America Inc.** | represented by | **Richard L. Horwitz** (See above for address) *LEAD ATTORNEY ATTORNEY TO BE NOTICED* |
| | | **Kenneth Laurence Dorsney** (See above for address) *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| **Papst Licensing GmbH & Co. KG** | represented by | **Steven J. Balick**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John G. Day**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2007 | 1 | COMPLAINT filed with Jury Demand against Olympus Corporation, Olympus Imaging America Inc. - Magistrate Consent Notice to Pltf. ( Filing fee $ 350, receipt number 148050.) - filed by Papst Licensing GmbH & Co. KG. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Civil Cover Sheet # 4 Acknowledgement of Consent Form)(els) (Entered: 06/29/2007) |
| 06/28/2007 | 2 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (els) (Entered: 06/29/2007) |
| 06/28/2007 |  | Summons Issued as to Olympus Imaging America Inc. on 6/28/2007. (els) (Entered: 06/29/2007) |
| 06/29/2007 | 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 6,470,399 B1; 6,895,449 B2; (els) (Entered: 06/29/2007) |
| 06/29/2007 | 4 | SUMMONS Returned Executed by Papst Licensing GmbH & Co. KG. Olympus Imaging America Inc. served on 6/28/2007, answer due 7/18/2007. (Balick, Steven) (Entered: 06/29/2007) |

| | | |
|---|---|---|
| 07/03/2007 | ●5 | [1:07-cv-415-***]: Please note that, in accordance with the attached standing order, this case has been designated as one to be assigned to the judge who fills the vacancy left by the elevation of Judge Kent A. Jordan to the United States Court of Appeals for the Third Circuit. Pending assignment, the case has been referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, pursuant to 28 U.S.C. section 636(b). Please include ***, in place of the Judge's initials, after the case number on all documents filed. (rjb) (Entered: 07/03/2007) |
| 07/05/2007 | ● | Summons Issued as to Olympus Corporation on 7/5/2007. (rwc) (Entered: 07/05/2007) |
| 07/10/2007 | ●6 | Letter to Clerk, MDL Panel, from Campbell Killefer, Esq., dated 7/9/07 enclosing Motion to Transfer and supporting documents for consideration by the Judicial Panel on Multidistrict Litigation. (Attachments: (1) Motion to Transfer, (2) Memorandum in Support, (3) Exhibit, (4) Corporate Disclosure Statement.)(rwc) (Entered: 07/10/2007) |
| 07/12/2007 | ●7 | Letter to Clerk from Michele S. Katz, Esq., dated 7/11/07 regarding enclosed Schedule of Actions and Revised Proof of Service. (rwc) (Entered: 07/12/2007) |
| 07/19/2007 | ●8 | Joint MOTION for Extension of Time to File Answer re 1 Complaint, *STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT BY SIXTY DAYS AND WAIVING SERVICE UNDER THE HAGUE CONVENTION* - filed by Olympus Corporation, Olympus Imaging America Inc.. Motions referred to Mary Pat Thynge.(Horwitz, Richard) (Entered: 07/19/2007) |
| 07/20/2007 | ● | SO ORDERED, re 8 Joint MOTION for Extension of Time to File Answer - Set/Reset Answer Deadlines: Olympus Corporation answer due 9/17/2007; Olympus Imaging America Inc. answer due 9/17/2007. Signed by Judge Mary Pat Thynge on 7/20/07. (rwc) (Entered: 07/20/2007) |

| | | |
|---|---|---|
| 07/20/2007 | ●9 | Letter to Clerk of MDL panel, from Michael S. Katz, Esq., dated 7/19/07 regarding attached Notice of Appearance. (Attachments: # 1 Notice of appearance)(rwc) (Entered: 07/20/2007) |
| 07/20/2007 | ●10 | Letter to Clerk of MDL panel from Walter J. Kawula, Jr., dated 7/19/07 regarding enclosed Docket Sheet and Complaint from USDC/District of Columbia related case. (Attachments: (1) docket sheet; (2) Complaint)(rwc) (Entered: 07/20/2007) |
| 08/01/2007 | ●11 | MOTION to Transfer Case to The United States District Court For The District of Columbia - filed by Olympus Corporation, Olympus Imaging America Inc.. (Attachments: # 1 Text of Proposed Order)Motions referred to Mary Pat Thynge. (Dorsney, Kenneth) (Entered: 08/01/2007) |
| 08/01/2007 | ●12 | OPENING BRIEF in Support re 11 MOTION to Transfer Case to The United States District Court For The District of Columbia filed by Olympus Corporation, Olympus Imaging America Inc..Answering Brief/Response due date per Local Rules is 8/20/2007. (Dorsney, Kenneth) (Entered: 08/01/2007) |
| 08/01/2007 | ●13 | DECLARATION re 11 MOTION to Transfer Case to The United States District Court For The District of Columbia *(DECLARATION OF JOSEPHINE N. CACACE)* by Olympus Corporation, Olympus Imaging America Inc.. (Dorsney, Kenneth) (Entered: 08/01/2007) |
| 08/01/2007 | ●14 | DECLARATION re 11 MOTION to Transfer Case to The United States District Court For The District of Columbia *(DECLARATION OF DAVID BEN-MEIR)* by Olympus Corporation, Olympus Imaging America Inc.. (Attachments: # 1 Exhibit A-H# 2 Exhibit I-P# 3 Exhibit Q-Y) (Dorsney, Kenneth) (Entered: 08/01/2007) |

| | | |
|---|---|---|
| 08/20/2007 | ⬤15 | Cross MOTION to Stay *the Proceedings Pending the MDL Panel's Determination on Consolidation* filed by Papst Licensing GmbH & Co. KG. Motions referred to Mary Pat Thynge.(Day, John) (Entered: 08/20/2007) |
| 08/20/2007 | ⬤16 | BRIEF (Combined Opening and Answering) re15 Cross MOTION to Stay *the Proceedings Pending the MDL Panel's Determination on Consolidation* 11 MOTION to Transfer Case to The United States District Court For The District of Columbia filed by Papst Licensing GmbH & Co. KG.Answering Brief/Response due date per Local Rules is 9/7/2007.,Reply Brief due date per Local Rules is 8/30/2007. (Attachments: # 1 Exhibit 1-3)(Day, John) (Entered: 08/20/2007) |
| 08/30/2007 | ⬤17 | REPLY BRIEF re 11 MOTION to Transfer Case to The United States District Court For The District of Columbia filed by Olympus Corporation, Olympus Imaging America Inc.. (Horwitz, Richard) (Entered: 08/30/2007) |
| 08/30/2007 | ⬤18 | DECLARATION re 11 MOTION to Transfer Case to The United States District Court For The District of Columbia, 17 Reply Brief *[DECLARATION OF JORDAN B. KUSHNER IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER THIS ACTION TO THE DISTRICT OF COLUMBIA]* by Olympus Corporation, Olympus Imaging America Inc.. (Attachments: # 1 Exhibit A-H)(Horwitz, Richard) (Entered: 08/30/2007) |

| | | |
|---|---|---|
| 08/30/2007 | 19 | DECLARATION re 11 MOTION to Transfer Case to The United States District Court For The District of Columbia, 17 Reply Brief *[DECLARATION OF JAMES DICARLO IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER THIS ACTION TO THE DISTRICT OF COLUMBIA]* by Olympus Corporation, Olympus Imaging America Inc.. (Horwitz, Richard) (Entered: 08/30/2007) |
| 09/07/2007 | 20 | ANSWERING BRIEF in Opposition re 15 Cross MOTION to Stay *the Proceedings Pending the MDL Panel's Determination on Consolidation* filed by Olympus Corporation, Olympus Imaging America Inc.. Reply Brief due date per Local Rules is 9/17/2007. (Dorsney, Kenneth) (Entered: 09/07/2007) |
| 09/07/2007 | 21 | DECLARATION re 20 Answering Brief in Opposition, *(Declaration of David H. Ben-Meir in Opposition to Plaintiff's Motion to Stay)* by Olympus Corporation, Olympus Imaging America Inc.. (Dorsney, Kenneth) (Entered: 09/07/2007) |
| 09/14/2007 | 22 | Letter to The Honorable Mary Pat Thynge from Richard L. Horwitz regarding pending interdependent motions. (Horwitz, Richard) (Entered: 09/14/2007) |

| | | |
|---|---|---|
| 09/17/2007 | 23 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM *[Olympus Defendants' Answer, Defenses, and Counterclaims to Papst's Complaint]* against Papst Licensing GmbH & Co. KG by Olympus Corporation, Olympus Imaging America Inc..(Horwitz, Richard) (Entered: 09/17/2007) |
| 09/19/2007 | 24 | REPLY BRIEF re 15 Cross MOTION to Stay *the Proceedings Pending the MDL Panel's Determination on Consolidation* filed by Papst Licensing GmbH & Co. KG. (Maguire, Lauren) (Entered: 09/19/2007) |
| 10/01/2007 | 25 | Order Setting Teleconference: A Rule 16 Scheduling Telephone Conference set for 10/24/2007 at 11:30 AM before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 10/1/2007. (cak) (Entered: 10/01/2007) |
| 10/10/2007 | 26 | ANSWER to Counterclaim by Papst Licensing GmbH & Co. KG. (Maguire, Lauren) (Entered: 10/10/2007) |
| 10/15/2007 | 27 | Letter to Magistrate Mary Pat Thynge from Richard L. Horwitz regarding scheduling teleconference, sent on behalf of all parties. (Horwitz, Richard) (Entered: 10/15/2007) |
| 10/24/2007 | 28 | STENO NOTES of teleconference held on 10/24/07 before Judge Thynge. Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (ntl) (Entered: 10/24/2007) |
| 10/24/2007 |  | Minute Entry for proceedings held before Judge Mary Pat Thynge : Telephone Conference held on 10/24/2007. (Court Reporter B. Gaffigan.) (ntl) (Entered: 10/24/2007) |
| 10/26/2007 | 29 | TRANSCRIPT of teleconference held on 10/24/07 before Judge Thynge. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (ntl) (Entered: 10/26/2007) |

| | | |
|---|---|---|
| 11/08/2007 | 30 | Letter to The Honorable Mary Pat Thynge from Steven J. Balick regarding the November 5, 2007 order by the Judicial Panel on Mult-District Litigation, transfering this action to the District of Columbia for pretrial proceedings. (Attachments: # 1)(Balick, Steven) (Entered: 11/08/2007) |
| 11/21/2007 | 31 | ORDER: certified copy of MDL Transfer Order to USDC/District of Columbia signed by John G. Heyburn II, Chairman of MDL Panel on 11/5/07. (Attachment: Schedule A)(ntl) (Entered: 11/26/2007) |
| 11/21/2007 | 32 | Letter dated 11/16/07 to Clerk, USDC/DE from Clerk, USDC/ District of Columbia regarding MDL transfer order (D.I. 31). (ntl) (Entered: 11/26/2007) |
| 11/21/2007 | | CASE CLOSED per D.I. 31 (ntl) (Entered: 11/26/2007) |
| 11/26/2007 | | (Court only) ***Set/Clear Flags (ntl) (Entered: 11/26/2007) |
| 12/06/2007 | | (Court only) ***Case Reopened (ntl) (Entered: 12/06/2007) |
| 12/06/2007 | | Case transferred to District Court for the District of Columbia. Original file, certified copy of transfer order, and docket sheet transferred electronically. (ntl) (Entered: 12/06/2007) |